## GENERAL COURT, MAY TERM, 1798.

### Paul et ux. Extx. of Dean, vs. Christie.

This was an action of *debt* upon a joint and several bond, executed by *James Christie*, and *Robert Christie* the defendant, to the plaintiff's testator, on the 30th of August 1775. The following case was stated for the opinion of the court, viz. That the bond, upon which this suit is brought, was duly executed on the 30th of August 1775, by *James Christie* and *Robert Christie*, to *Hugh Dean*, in his life-time, in which bond the said *James* was the principal debtor, and the said *Robert* bound as his security, jointly and severally. That the said *James* is and always has been a British subject, and the said *Robert* is a citizen of this state; and that before the impetration of the writ in this case, the whole of the principal, (excepting 5l.) and all the interest due on the said bond, (except the interest accrued from the 4th of July 1776, to the 3d of September 1783,) were paid by the said *James* to the plaintiff.

The question was, whether or not the plaintiff ought to recover interest from the 4th of July 1776, to the 3d of September 1783, (during the war between this country and Great Britain,) from the defendant?

*Hollingsworth*, for the plaintiffs.

*Cooke* and *Milligan*, for the defendant.

The General Court were of opinion, that the plaintiffs ought to recover of the defendant the interest on the bond upon which this suit is brought, which accrued during the war between the United States and Great Britain. Judgment for the plaintiffs on the case stated,